

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>AIDAN CURRY (1),<br>CONNOR BROOKE (2),<br>Defendants. | Case No.: 19cr3839-GPC<br><br>**I N F O R M A T I O N**<br><br>Title 18, U.S.C., Sec. 1956(h) – Conspiracy to Launder Monetary Instruments; Title 18, U.S.C., Sec. 982(a)(1), and Title 28, U.S.C., Sec. 2461(c) – Criminal Forfeiture |

The United States Attorney charges:

From on or about June 1, 2018 through on or about March 27, 2019, within the Southern District of California and elsewhere, defendants AIDAN CURRY and CONNOR BROOKE, did knowingly combine, conspire, and agree with each other and with other persons known and unknown, to conduct financial transactions, knowing that the property involved in the financial transactions represented the proceeds of some form of unlawful activity, namely the operation of an unlicensed money transmitting business, which constitutes a felony under federal law under Title 18, United States Code, Section 1960, and knowing the transactions were designed in whole and in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds from the operation of an unlicensed money transmitting business, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i).

All in violation of Title 18, United States Code, Section 1956(h).

9/11/19

## FORFEITURE ALLEGATIONS

Upon conviction of the offense alleged in this Information, defendants AIDAN CURRY and CONNOR BROOKE shall forfeit to the United States of America pursuant to Title 18, United States Code, Section 982(a)(1) and Title 28, United States Code, Section 2461(c), any property, real or personal, involved in such offense, or any property traceable to such property, including but not limited to:

    a.    Approximately $40,250 in U.S. currency;
    b.    Approximately .0042 Bitcoin;
    c.    Approximately 27.99 Dash (DSH) Coins;
    d.    Approximately 47.4 Ethereum (ETH) Coins;
    e.    Approximately 6,508 Ripple (XRP) Coins;
    f.    2013 Chevrolet Camaro 2G1GE1E38D9127278
    g.    iPhone X IMEI 359408081955579;
    h.    iPhone 7 IMEI 3594670859909743;
    i.    iPhone 7 IMEI 353261071468095;
    j.    Acer tower;
    k.    ASUS tower;
    l.    Apple MacBook pro CO2X10HTJG5H;
    m.    Lenovo Yoga Pro 2 laptop YB07772894;
    n.    Amazon tablet;
    o.    Various portable hard drives;
    p.    Various thumb drives, including but not limited to: KESU portable 120gb, Scandisk cruzer 64gb, Scandisk 16gb, Esterline connection technologies, Sony 8gb, storage media, cool wallet storage, my digital SSD 128gb; and
    q.    Approximately $1,718 in U.S. currency.

In the event that any of the property described above, as a result of any act or omission of any defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficult,

The United States of America shall be entitled to forfeit substitute property up to the value of the afore-described properties pursuant to Title 18, United States Code, Sections 982(a)(1) and Title 28, United States Code, Section 2461(c).

DATED: 9/30/19

ROBERT S. BREWER, JR.
United States Attorney

DANIEL C. SILVA
Assistant U.S. Attorney