JEREMY D. WARREN
State Bar No. 177900
Warren & Burstein
501 West Broadway, Suite 240
(619) 234-4433
jw@wabulaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 19cr3839-GPC |
| Plaintiff, | Unopposed motion to extend self-surrender date |
| v. | |
| AIDAN CURRY, | |
| Defendant. | |

Mr. Curry moves, unopposed, to extend his self-surrender date from November 9, 2020 to January 12, 2021. Considering the COVID-19 pandemic and Mr. Curry's preexisting conditions – obesity, asthma, and a history of bronchitis – the government does not oppose the request.

The Court recently denied Mr. Curry's compassionate release motion as not ripe. Rather than risk exposure for a minimum of 30 days for the warden to consider his request, and additional time for the Court to consider a renewed motion, he asks the Court to extend his surrender date until after the holidays. The parties have met and conferred, and the government has no opposition to the request.

1

Accordingly, to avoid needlessly risking the further spread of COVID-19, and to protect Mr. Curry, BOP staff, and current inmates, the surrender date should be extended. Indeed, "[b]y now it almost goes without saying that we should not be adding to the prison population during the COVID-19 pandemic if it can be avoided." *United States v. Garlock*, No. 18-CR-00418-VC-1, 2020 WL 1439980, at *1 (N.D. Cal. March 25, 2020) (sua sponte extending surrender date to September 1, 2020).

Respectfully submitted,

Dated: October 20, 2020 /s/ *Jeremy Warren*
Jeremy Warren

The government has no opposition to the request.

Dated: October 20, 2020 /s/ *Daniel Silva*
Daniel Silva
Assistant United States Attorney

SIGNATURE AUTHORIZATION

I certify that the above-named attorneys are aware of the contents of the motion and have authorized me to sign on their behalf.

Dated: October 20, 2020 /s/ *Jeremy Warren*
Jeremy Warren