UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>AIDAN CURRY,<br><br>  Defendant. | Case No.: 19cr3839-GPC<br><br>ORDER EXTENDING DEFENDANT'S SELF-SURRENDER DATE |

Good cause appearing in the defendant's unopposed motion, the Court continues Defendant Aidan Curry's self-surrender date from January 12, 2021 to April 12, 2021. Defendant must surrender to his designated institution by no later than 12:00 p.m. on April 12, 2021.

The Court also continues the status hearing regarding surrender to April 16, 2021, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 4, 2021

Hon. Gonzalo P. Curiel
United States District Judge

1